UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BROWN,

                Plaintiff,

-v.-

NEW YORK CITY DEPARTMENT OF CORRECTION; KISA SMALLS, WARDEN, NORTH INFIRMARY COMMAND, NEW YORK CITY DEPARTMENT OF CORRECTION; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE,

                Defendants.

20 Civ. 3979 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On January 6, 2021, the Court ordered Plaintiff to show cause, by January 31, 2021, why this case should not be dismissed for failure to prosecute. (Dkt. #28). To date, Plaintiff has not responded to the order to show cause nor otherwise communicated with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated:  February 5, 2021
         New York, New York

                                       KATHERINE POLK FAILLA
                                       United States District Judge